993 A.2d 871

**Mohamad ELBARI**

v.

**BEECH, L.L.C., Beech Interplex, Inc. and Michael Garvin.**

**Petition of Mohamad Elbari.**

**No. 185 EM 2009.**

Supreme Court of Pennsylvania.

April 20, 2010.

*ORDER*

PER CURIAM.

**AND NOW,** this 20th day of April, 2010, the Petition for Allowance of Appeal, treated as a Petition for Review, is **DENIED.**